COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-14-00013-CV |
| Style: | Marcus Brent Patterson, Individually, as independent administrator of the Estate of Diane Patterson, and as next friend of Daniel Patterson and Danae Patterson; Danae Patterson; and Daniel Patterson |
| | **v** Brewer Leasing, Inc. |
| Date motion filed*: | July 2, 2014 |
| Type of motions: | Motion to substitute counsel |
| Parties filing motions: | Appellee |
| Document to be filed: | |

Is appeal accelerated?    No

Ordered that motions are:

☑    Granted

    If document is to be filed, document due:

☐    Denied

☐    Dismissed (*e.g.*, want of jurisdiction, moot)

☐    Other: _____

**The Clerk of this Court is ordered to substitute George W. Long for Michael S. Hays as the appellee's counsel of record.** *See* **TEX. R. APP. P. 6.5(c).**

_____

_____

Judge's signature: /s/ Chief Justice Sherry Radack
          ☒ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date:  July 15, 2014

November 7, 2008 Revision